UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X
J & J SPORTS PRODUCTIONS, INC., as Broadcast
Licensee of the March 19, 2005 MORALES/PACQUIAO : 05 CV 5808 (ARR)
Program,
: NOT FOR
Plaintiff, : PUBLICATION

-against- : OPINION AND ORDER

GILDA POLANCO GUZMAN, individually and as officer,:
director, shareholder and/or principal of 126 LAS AMIGAS:
RESTAURANT CORP. d/b/a LAS AMIGAS :
RESTAURANT CORP. d/b/a LAS AMIGAS :
RESTAURANT,

Defendants. :
---------------------------------------------------------------------- X
ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated May 19, 2006 from the Honorable Ramon E. Reyes, Jr., United States Magistrate Judge. No objections have been filed. Having conducted a de novo review of the record, the court hereby adopts the Report and Recommendation, in its entirety, as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1). Accordingly, the court grants plaintiff's motion for default judgment. The court orders that judgment be entered against defendants in the amount of $9,075, which includes $7,500 in statutory and enhanced damages and $1,575 in attorneys' fees and costs.

SO ORDERED.

Allyne R. Ross
_____
Allyne R. Ross
United States District Judge

Dated: May 26, 2006
Brooklyn, New York

1

SERVICE LIST:

*Counsel for Plaintiff:*
Julie Cohen Lonstein
Lonstein Law Office, P.C.
1 Terrace Hill, Box 351
Ellenville, NY 12428

*Defendants*:
Las Amigas Restaurant
126-19 Jamaica Avenue
Richmond Hill, NY 11418-2626

Gilda Polanca Guzman
8765 126th Street, Apt. 1R
Richmond Hill, NY 11418

cc:     Magistrate Ramon E. Reyes, Jr.